**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2436**

---

In Re: GLORIA AMELIA CLARK,

                                                    Debtor.

_____


GLORIA AMELIA CLARK,

                                    Plaintiff - Appellant,

        versus


AMERICAN HOME FUNDING, INCORPORATED,

                                    Defendant - Appellee.


---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry C. Morgan, Jr., District Judge.  (CA-94-922-CV-2, BK-94-22796-B)

---

Submitted:  January 11, 1996        Decided:  January 23, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gloria Amelia Clark, Appellant Pro Se.  Edward Roane Willcox, Jr., WILLCOX & BAIRD, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order affirming the bankruptcy court's order denying her motion for reconsideration of a prior order granting relief from the automatic stay to American Home Funding, Inc. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Clark v. American Home Funding, Inc.</u>, No. CA-94-922-CV-2 (E.D. Va. June 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>